<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1239

UCHE AMADI,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A72-784-290)

Submitted:  March 16, 2005          Decided:  April 1, 2005

Before WILLIAMS, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Lloyd F. Ukwu, Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, Papu Sandhu, Senior Litigation Counsel, Isaac R. Campbell, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Uche Amadi petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider and reopen. Having reviewed the decision of the Board and the administrative record, we conclude that the Board did not abuse its discretion in denying the motion to reconsider and reopen. 8 C.F.R. § 1003.2(a) (2004) (providing the grant or denial of a motion to reopen or reconsider is within the Board's discretion); INS v. Doherty, 502 U.S. 314, 323-24 (1992); Stewart v. INS, 181 F.3d 587, 595, 596 (4th Cir. 1999). Therefore, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED